GREEN *v.* LINGO *et al.*

ATKINSON, Justice. 1. Assignments of error not argued or insisted upon in the brief of the attorney for the plaintiff in error will be treated by the Supreme Court as abandoned. *Johnson* v. *State*, 177 *Ga.* 312 (3) (170 S. E. 235) ; *Wilkinson* v. *Smith*, 179 *Ga.* 507 (3) (176 S. E. 373).

2. A statement of facts in the brief of the attorney for the plaintiff in error, with request to be allowed to file a brief on the law of the case within a definite time, will not amount to argument or insistence upon the assignments of error made in the bill of exceptions, where no such brief is subsequently filed.

3. The abandonment of all assignments of error is equivalent to abandonment of the case. *Writ of error dismissed. All the Justices concur.*

No. 10590. AUGUST 7, 1935.

*Sydney H. Baynes* and *Eldon Haldane,* for plaintiff.
*R. R. Jackson* and *A. C. Corbett,* for defendants.